IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02479-EWN-KLM

ERIC WALK,

    Plaintiff,

v.

VIKING COLLECTION SERVICE, INC., a Minnesota corporation, and
VIKING COLLECTION SERVICE SOUTHWEST, INC., an Arizona corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint [Docket No. 11; Filed February 18, 2008] (the "Motion"). Plaintiff seeks leave to add an additional party discovered pursuant to Defendant Viking Collection Service, Inc.'s Fed. R. Civ. P. 26(a)(1) disclosures.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk is instructed to accept the Amended Complaint and Jury Demand [Docket No. 11-2] for filing as of the date of this Order and to add Viking Collection Service Southwest, Inc. as a named party.

    IT IS FURTHER **ORDERED** that Plaintiff shall serve Viking Collection Service Southwest, Inc. with the Summons and Amended Complaint and Jury Demand on or before **March 3, 2008**.

    IT IS FURTHER **ORDERED** that a Scheduling Conference is set for **April 2, 2008 at 11:30 a.m.** in Courtroom A501, 5th Floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. Deadline for submission of the proposed scheduling order is on or before **March 26, 2008.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **March 26, 2008.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the

office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. See D.C.COLO.LCivR 83.2B.

Dated: February 19, 2008